AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| **SCOTT GRAHAM** <br> DOB: <br> PDID | CASE NUMBER: |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __November 21, 2005__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

knowingly and willfully make threats against the President

in violation of Title __18__ United States Code, Section(s) __871__.

I further state that I am Brian R. Kenworthy, Officer with the United States Secret Service, Uniformed Division, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant
AUSA, John Crabb Jr. (202) 514-7413
Brian R. Kenworthy, Officer
United States Secret Service

Sworn to before me and subscribed in my presence,

_____ at __Washington, D.C.__
Date                                                                City and State

_____       _____
Name & Title of Judicial Officer                         Signature of Judicial Officer