## AFFIDAVIT IN SUPPORT OF A COMPLAINT

I, Brian R. Kenworthy, being duly sworn, state the following:

1. I am employed as an officer by the United States Secret Service, Uniformed Division. I have been so employed for approximately two years. I am currently assigned to the White House Branch and provide security at the White House complex.

2. This affidavit is submitted in support of a criminal complaint for **SCOTT GRAHAM**, charging a violation of Title18, United States Code, Section 871. This affidavit summarizes information developed during an investigation conducted by me and other Secret Service officers. It is submitted in support of a criminal complaint, and, as such, it does not contain every fact known to myself or the other officers.

3. On November 21, 2005, at approximately 11:40 a.m., I was on patrol in the 600 block of 17th Street, N.W., Washington, D.C., where I encountered **SCOTT GRAHAM**. This location is adjacent to the White House complex. **SCOTT GRAHAM** yelled that "President Bush is my step-dad." At this point I approached **SCOTT GRAHAM**. **SCOTT GRAHAM** then stated the following: "President Bush is my step-dad. He needs to be dead and I'll make sure of it." At that point, I arrested **SCOTT GRAHAM** for threatening the President. While being transported, **SCOTT GRAHAM** spontaneously stated that he was sorry for what he had said.

4. Based on the foregoing there is probable cause to believe that **SCOTT GRAHAM** has made oral threats against the President of the United States, in violation of Title 18, United States Code, Section 871.

_____
Brian R. Kenworthy
United States Secret Service, Uniformed Division

Subscribed and sworn to before me this _____ day of November 2005.

_____
United States Magistrate Judge