FILED

APR 0 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

Cr. No. 05-630M-01 (JMF)

SCOTT GRAHAM,

Defendant.

### ORDER

A report having been received indicating that the defendant is incompetent to stand trial, and there being no objection thereto, **IT IS ORDERED**, pursuant to the Insanity Defense Reform Act, 18 U.S.C. § 4241(d), that the defendant is committed to the custody of the Attorney General for a period not to exceed four months to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed.

_____
JOHN M. FACCIOLA
United States Magistrate Judge

April 4, 2006