UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | |
| : | Cr. No. 05-0630-M (JMF) |
| **v.** : | |
| : | |
| : | |
| : | |
| **SCOTT GRAHAM,** : | |
|       **Defendant.** : | |

### GOVERNMENT'S REQUEST FOR A STATUS HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that this Court schedule a status hearing in this case to determine defendant's mental health treatment status. As a basis for this request, the United States relies on the following points and authorities and any others that may be cited at a hearing on the motion:

    1.    On November 23, 2005, defendant was referred for a mental health screening. On November 28, 2005, after reviewing psychologists' report, the Court ordered full evaluation pursuant to 18 U.S.C. § 4241.

    2.    On March 30, 2006, the Court held a status hearing in this matter. After reviewing a Forensic Evaluation, dated March 6, 2006, the Court issued an order pursuant to 18 U.S.C. § 4241(d), dated April 4, 2006, committing defendant to the custody of the Attorney General "to determine whether there is a substantial probability that in the foreseeable future [defendant] will attain the capacity to permit the trial to proceed." The Court also scheduled the next status hearing

in this matter for June 30, 2006.

3.    It was the government's understanding that the defendant would be returned to the Federal Medical Center, Butner, North Carolina, where he had previously been evaluated, for continued treatment. Recently, the government discovered that defendant is still incarcerated at the District of Columbia jail and appears to have been incarcerated there since the last status hearing in this matter.

WHEREFORE, the United States respectfully requests that a status hearing in this matter be scheduled at which time defendant's treatment and evaluation may be reviewed.

    Respectfully submitted,

    KENNETH L. WAINSTEIN
    United States Attorney
    D.C. Bar No. 451058

    _____
    John Crabb Jr.
    Assistant United States Attorney
    National Security Section
    N.Y. Bar No. 2367670
    555 4th Street, N.W.
    Washington, DC 20530
    (202) 514-7314
    john.d.crabb@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | |
| : | Cr. No. 05-0630-M (JMF) |
| **v.** : | |
| : | |
| : | |
| : | |
| **SCOTT GRAHAM,** : | |
|    **Defendant.** : | |

**ORDER**

Based upon the representations made in the government's Motion to Schedule a Status hearing in this case, it is this

_____ of _____, 2006, hereby

**ORDERED,** that a status hearing in this matter is scheduled for June _____, 2006, at _____ \_\_.m.

_____
John M. Facciola
United States Magistrate Judge

copies:

John Crabb Jr.
Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

John Jeffress, Esq.
Federal Public Defender
625 Indiana Avenue, N.W., #550
Washington, D.C. 20004