UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.                                              Cr. No. 05-630M-01 (JMF)

SCOTT GRAHAM,                                   **FILED**

Defendant.                                      NOV 0 8 2006

**ORDER**                          NANCY MAYER WHITTINGTON, CLERK
                                          U.S. DISTRICT COURT

It appearing that the defendant refuses to take his medication, it is, hereby,

ORDERED that the defendant remain committed to the custody of the Attorney General

for purposes of a second evaluation to determine 1) whether there is any other course of

treatment apart from involuntary medication that would render the defendant competent to stand

trial and 2) whether, if the defendant was not involuntarily medicated, he would be a danger to

himself.

SO ORDERED.

Dated: 11/08/06

_____
JOHN M. FACCIOLA
United States Magistrate Judge