UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Crim. No. 05-630M (JMF) |
| SCOTT GRAHAM, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT MOTION FOR ORDER AMENDING**
**THE COURT'S ORDER OF NOVEMBER 8, 2006**

The parties, through undersigned counsel, respectfully submit this Joint Motion for Order Amending the Court's Order of November 8, 2006.  The November 8 Order ordered that Mr. Graham be evaluated to determine, <u>inter alia</u>, "whether, if the defendant was not involuntarily medicated, he would be a danger to himself."  Order, at 1.  Under 18 U.S.C. § 4241(d), the statutory standard is whether the "person is presently suffering from a mental disease or defect as a result of which his release <u>would create a substantial risk of bodily injury to another person or serious damage to property of another</u>."  (emphasis added).  The attached Proposed Amended Order reflects this statutory standard.  Accordingly, the parties respectfully request that the Court enter the attached Amended Order, which would supersede the Order of November 8, 2006.

                                            Respectfully submitted,

                                        _____/s/_____
                                        Jonathan S. Jeffress
                                        Assistant Federal Public Defender
                                        625 Indiana Avenue, N.W.
                                        Suite 550
                                        Washington, D.C.  20001
                                        (202) 208-7500