## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | **Crim. No. 05-630M (JMF)** |
| | ) | |
| **SCOTT GRAHAM,** | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED ORDER

After reviewing the entire record in this case, including the October 13, 2006 report by doctors Bruce R. Berger, M.D. and Jill R. Grant, Psy. D, of the Federal Medical Center in Butner, North Carolina, it appears to the Court that the defendant is not presently competent to stand trial. It appears further that defendant has refused to be treated with psychotropic medication that would likely render him competent. The parties have not requested a hearing to determine whether defendant should receive antipsychotic medication involuntarily for the purpose of restoring him to competency.

In order for the Court to make a finding by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, and to assist in determining whether the defendant is presently suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property of another, it is hereby

**ORDERED** that defendant Scott Graham be and hereby is, committed to the custody of the Attorney General or his authorized representative, for a reasonable period of time not to exceed thirty (30) days for further evaluations to determine:  (1) whether there is any other course of treatment apart from involuntary medication that is reasonably likely to render the defendant competent to stand trial; and (2) whether defendant is presently suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property of another.

**SO ORDERED.**

_____
Date

_____
JOHN M .FACCIOLA
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

cc:    John Crabb, AUSA
        Jonathan Jeffress, AFPD