UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | : |
| | : |
| | : Cr. No. 05-0630-M (JMF) |
| v. | : |
| | : |
| | : |
| | : |
| **SCOTT GRAHAM,** | : |
|       **Defendant.** | : |

**GOVERNMENT'S MOTION TO DISMISS**

    The United States of America respectfully requests that the Court dismiss the pending complaint in this case. As a basis for this request, the United States relies on the following points and authorities and any others that may be cited at a hearing on the motion:

    The defendant was arrested on November 21, 2005, and charged by way of complaint with making threats against the President of the United States, in violation of Title 18, United States Code, Section 871. On November 23, 2005, the defendant was referred for a mental health screening. On November 28, 2005, after reviewing psychologists' report, the Court ordered full evaluation pursuant to Title 18 United States Code, Section 4241.

    On February 23, 2007, the Federal Medical Center, Butner, found that the defendant "is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings filed against him or assist properly in his own defense, nor is there a substantial probability that his competency will be

1

restored in the foreseeable future without antipsychotic medications." A.F. Beeler, Warden – Butner, letter dated February 23, 2007. Subsequently, on March 22, 2007, the Federal Medical Center, Butner issued an addendum to its report, in which it "concluded that although [the defendant] suffers from a major mental illness, he does not meet criteria for 4246 involuntary commitment." Bruce R. Berger, M.D., letter dated March 22, 2007.

WHEREFORE, the United States respectfully requests that the complaint in this matter be dismissed.

Respectfully submitted,

JEFFREY A. TAYLOR
D.C. Bar No. 498610
United States Attorney

_____/s/_____
John Crabb Jr.
Assistant United States Attorney
National Security Section
N.Y. Bar No. 2367670
555 4th Street, N.W.
Washington, DC 20530
(202) 514-7314
john.d.crabb@usdoj.gov

Case 1:05-mj-00630-AK   Document 15   Filed 03/30/2007   Page 3 of 3