UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | : |
| | : |
| | :    Cr. No.  05-0630-M (JMF) |
| v. | : |
| | : |
| | : |
| | : |
| **SCOTT GRAHAM,** | : |
| **Defendant.** | : |

**ORDER**

Based upon the government's motion to dismiss the complaint in this case and good cause shown, it is this

_____ of _____, 2007, hereby

**ORDERED,** that the complaint in this case is dismissed.

_____
John M. Facciola
United States Magistrate Judge

copies:

John Crabb Jr.
Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

John Jeffress, Esq.
Federal Public Defender
625 Indiana Avenue, N.W., #550
Washington, D.C. 20004