UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| | : | Cr. No. 05-0630-M (JMF) |
| v. | : | |
| | : | |
| | : | |
| | : | **FILED** |
| SCOTT GRAHAM, | : | APR 0 3 2007 |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

ORDER

Based upon the government's motion to dismiss the complaint in this case and good cause shown, it is this _3rd day_ of _April_, 2007, hereby

**ORDERED,** that the complaint in this case is dismissed.

_____
John M. Facciola
United States Magistrate Judge

copies:

John Crabb Jr.
Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530

John Jeffress, Esq.
Federal Public Defender
625 Indiana Avenue, N.W., #550
Washington, D.C. 20004